Bess K. Ehresman, Plaintiff-Appellant, v. The Town of Loda, and Pauline Dehm (Appellee), Defendants-Appellees.

Gen. No. 11,348. 

Second District, Second Division.

April 18, 1960.

Allen and Korkowski (Philip C. Zimmerly, of counsel) for appellant; Norwood, Hutton, Hegeler, and Bates, for appellees. Opinion by JUSTICE CROW. **Not to be published in full.**